IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BPI ENERGY, INC.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **07-186-DRH** |
| | ) | |
| **IEC (MONTGOMERY), LLC, et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff BPI Energy's motion for leave to file a second amended complaint to address standing and pleading deficiencies raised by the defendants and the Court, and to add claims. **(Doc. 26)**. No objection has been lodged.

**IT IS THEREFORE ORDERED** that plaintiff's motion to file a second amended complaint **(Doc. 26)** is **GRANTED**. Plaintiff shall file its second amended complaint on or before **July 27, 2007**.

**IT IS FURTHER ORDERED** that the following motions are rendered moot:

1. The defendants' motion to dismiss plaintiff's amended complaint **(Doc. 23)**; and

2. Plaintiff's motion for an extension of time to respond to defendants' motion to dismiss **(Doc. 27)**.

**IT IS SO ORDERED.**

**DATED: July 17, 2007**

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **U. S. MAGISTRATE JUDGE**