IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BPI ENERGY, INC., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Civil No. **07-186-DRH** |
| | ) | |
| **IEC (MONTGOMERY), LLC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is the defendants' motion to stay discovery pending ruling on the

motion to dismiss the Second Amended Complaint and motion to strike certain paragraphs of the

Second Amended Complaint.  **(Doc. 55).**  Defendants base their motion to stay on their

confidence in the motion to dismiss and to strike, and they wish to avoid unnecessarily

submitting to discovery.  Defendants further opine that a stay will not alter the current trial

schedule.  Plaintiffs oppose a stay, generally refuting defendants' assumptions of success.  **(Doc.

56).**

Staying discovery would undoubtedly alter the pretrial schedule and September 2008

presumptive trial month.  Moreover, the success of defendants' motion to dismiss is not at all

clear.  Furthermore, by separate order this Court has denied defendants' motion to strike

**IT IS THEREFORE ORDERED** that the defendants' motion to stay **(Doc. 55)** is

**DENIED**.

**IT IS SO ORDERED.**

**DATED: November 13, 2007**          **s/ Clifford J. Proud**
                                   **CLIFFORD J. PROUD**
                                   **U. S. MAGISTRATE JUDGE**