IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BPI ENERGY HOLDINGS, INC., et al.**,  )
                                        )
       Plaintiffs,              )
                                        )
V.                                      )   Civil No. **07-186-DRH**
                                        )
**IEC, LLC, et al.**,                   )
                                        )
       Defendants.              )

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is the plaintiffs' motion for leave to file a third amended complaint to add an additional cause of action. **(Doc. 71).** The defendants do not oppose the subject motion. **(Doc. 75).**

**IT IS HEREBY ORDERED** that, after consultation with Chief U.S. District Judge David R. Herndon, the plaintiffs' motion to file a third amended complaint **(Doc. 71)** is **GRANTED**. On or before **February 22, 2008**, plaintiffs shall file the third amended complaint.

**IT IS FURTHER ORDERED** that the pending motion to dismiss directed to the second amended complaint **(Doc. 41)** is now **MOOT**.

**IT IS SO ORDERED.**

**DATED: February 19, 2008**

                                            s/ Clifford J. Proud
                                            **CLIFFORD J. PROUD**
                                            **U. S. MAGISTRATE JUDGE**