IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BPI ENERGY, INC., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Civil No. **07-186-DRH** |
| | ) | |
| **IEC (MONTGOMERY), LLC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Marion Coal Holding's motion to compel production of documents. **(Doc. 123).** Also before the Court is defendant Marion Coal Holding's motion to withdraw its motion to compel, because the issues have been resolved. **(Doc. 126).**

**IT IS THEREFORE ORDERED** that defendant Marion Coal Holding's motion to withdraw its motion to compel **(Doc. 126)** is **GRANTED**; accordingly, defendant Marion Coal Holding's motion to compel production of documents **(Doc. 123)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: September 11, 2008

                                               **s/ Clifford J. Proud**
                                               **CLIFFORD J. PROUD**
                                               **U. S. MAGISTRATE JUDGE**