IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BPI ENERGY, INC., *et al.*,

    Plaintiffs,

v.

IEC (Montgomergy), LLC, *et al.*,

    Defendants.                      Case No. 07-cv-186-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated November 16, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs and fees (unless otherwise agreed to by the Parties).

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                              BY:      */s/Sandy Pannier*
                                                  **Deputy Clerk**

Dated: November 18, 2010

                        David R. Herndon
                        2010.11.18
                        15:42:17 -06'00'
APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT